UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTINA RICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02050-JRS-MG |
| | ) | |
| DRAKE MADDIX, | ) | |
| DYLAN PRATHER, | ) | |
| | ) | |
| Defendants. | ) | |

REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITHOUT PREJUDICE

On March 15, 2022, this Court issued an order to show cause to the plaintiff, [Filing No. 29]. Plaintiff was ordered to show cause no later than April 6, 2022, why she failed to appear for the telephonic status conference and whether she intended to pursue her remaining claims. Plaintiff did not respond to the order to show cause or take any other action to prosecute the case.

Because of plaintiff's failure to comply with the Court's order, the undersigned **RECOMMENDS** to the District Judge that the Plaintiff's Complaint be **DISMISSED without prejudice**.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

    IT IS SO RECOMMENDED.

Date: 4/12/2022

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

CHRISTINA RICKS
1104 Central Ave.
Columbus, IN 47201


Rosemary L. Borek
STEPHENSON MOROW & SEMLER
rborek@stephlaw.com

James Alex Emerson
COOTS HENKE & WHEELER, P.C.
aemerson@chwlaw.com

Matthew L. Hinkle
COOTS HENKE & WHEELER
mhinkle@chwlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com