UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTINA RICKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-02050-JRS-MG ) |
| DRAKE MADDIX, et al. | ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 12, 2022, the Magistrate Judge submitted his Report and Recommendation (ECF No. 30) regarding plaintiff's failure to comply with the Court's Order to Show Cause (ECF No. 29). The parties failed to file objections within fourteen days after service of the Order to Show Cause. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Judgment consistent with this order shall issue.

Date: 5/2/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

–1–

Distribution:

CHRISTINA RICKS
1104 Central Ave.
Columbus, IN 47201

Rosemary L. Borek
STEPHENSON MOROW & SEMLER
rborek@stephlaw.com

James Alex Emerson
COOTS HENKE & WHEELER, P.C.
aemerson@chwlaw.com

Matthew L. Hinkle
COOTS HENKE & WHEELER
mhinkle@chwlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com